MICHAEL FOLEY
209 S. Stephanie St. Ste. B-191
Henderson, NV 89012
Telephone: (702) 771-9725
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, <br><br> Plaintiff, <br> vs. <br><br> Sylvia Teuton, an individual; James Harris, an individual; Kenneth Bourne, an individual; Joseph Lombardo, an individual; Steven Wolfson, an individual; Steven Grierson, Court Clerk; Clark County Detention Center; Clark County, a political subdivision of the State of Nevada; Patricia Foley, an individual; DOES 1-100 and ROES 101-200, <br><br> Defendants. | Case No. 2:17-cv-01024-JCM-VCF <br><br><br> **UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT CLARK COUNTY'S AND STEVEN WOLFSON'S MOTION TO DISMISS** |

COMES NOW, Plaintiff Michael Foley, and hereby moves the Court to extend the time to respond to Defendants Clark County's and Steven Wolfson's MOTION TO DISMISS. This motion is filed unopposed.

On or about October 24, 2017, Defendants Clark County and Steven Wolfson filed their MOTION TO DISMISS the Plaintiff's complaint. The Plaintiff did not receive the motion until December 1st, 2017, when counsel for the defendants delivered it via electronic mail. Counsel for the defendants states that the motion was mailed, but the

1

Plaintiff has yet to receive it via postal mail. Counsel for the defendant has agreed to not oppose this motion. See the email correspondence, Exhibit "1."

Therefore, the Plaintiff respectfully requests that the Court extend the deadline for filing the response to December 15, 2017.

DATED this 4th day of December, 2017.

By: /s/ Michael Foley
Michael Foley
209 S. Stephanie St. Ste. B-191
Henderson, Nevada 89012

**ORDER**

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT CLARK COUNTY'S AND STEVEN WOLFSON'S MOTION TO DISMISS was served by first class mail on December 4, 2017 to the following:

| | |
|---|---|
| Lucinda Coumou, Deputy District Attorney<br>500 Grand Central Parkway<br>P.O. Box 552215<br>Las Vegas, Nevada 89155-2215<br>Attorney for Defendants Kenneth Bourne and James Harris | Steven G. Shevorski, Amanda C. Sage,<br>Deputies Attorney General<br>555 E. Washington Ave. Ste. 3900<br>Las Vegas, Nevada 89101<br>Attorney for Defendants Sylvia Teuton and Steven Grierson |

SIGNED, /s/ Michael Foley

MICHAEL FOLEY, Plaintiff Pro Se

2

**Exhibit "1"**

# Re: Foley v. Teuton

**LC** Lucinda Coumou <Lucinda.Coumou@clarkcountyda.com>
 Reply |

Fri 12/1, 6:01 PM
You

You replied on 12/1/2017 6:02 PM.

Mr. Foley - Remember, professional courtesies such as extensions of time are extended to, and for the benefit of, counsel preparing the document.

Lucinda Coumou

Sent from my iPhone

On Dec 1, 2017, at 5:07 PM, Michael Foley <foley1769@LIVE.COM> wrote:

> Thank you.
>
> Don't forget, I DID grant an extension to Mr. Wolfson and Clark County. If Harris and Bourne would have handled YOU as they mishandled me, you'd also be less inclined to cut them any slack. May you NEVER experience an unjust divorce or debt like I have.
>
> Best regards,
>
> Michael Foley
>
> ---
>
> **From:** Lucinda Coumou <Lucinda.Coumou@clarkcountyda.com>
> **Sent:** Friday, December 1, 2017 5:02 PM
> **To:** Michael Foley
> **Subject:** Re: Foley v. Teuton
>
> Mr. Foley:
>
> We did mail you a copy of the Motion. May I remind you that you refused to grant me an extension of time to respond to your complaint against Kenneth Bourne and James Harris. I will, however, extend you the courtesy of agreeing to the extension. My secretary will email you a copy of the Motion now. You can have 14 days from today to file an Opposition.
>
> Lucinda Coumou
>
> Sent from my iPhone

On Dec 1, 2017, at 4:53 PM, Michael Foley <foley1769@LIVE.COM> wrote:

Thank you.

Did you overlook my request for an extension to Clark County's and Steven Wolfson's motion to dismiss? I have NOT received it in the mail. Perhaps you thought I'd get it electronically. I saw that it was filed on the docket at the clerk's office a few days ago when I filed the response to Grierson's MTD.

Also, would you mind emailing it to me? We can stipulate that the 14 days begin from when you send it electronically. If you don't respond today then we can address it during our conference on Monday.

Thanks again.

Sincerely,

Case 2:17-cv-01024-





Michael Foley
209 S. Stephanie St. Ste. B-191
Henderson, Nevada 89012

U.S. District Court
333 S. Las Vegas Blvd.
Las Vegas, Nevada 89101