# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL FOLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>SYLVIA TEUTON, *et al.*,<br><br>    Defendants. | 2:17-cv-01024-JCM-VCF<br>**ORDER** |

Before the court is Plaintiff's Ex Parte Motion for CM/ECF Access (ECF No. 55). Since this motion is filed as ex-parte, Defendants received no notice of the filing of instant motion through CM/ECF. Foley has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Foley has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendant.

Accordingly,

The Clerk of Court is directed to remove the ex parte status on Plaintiff's Ex Parte Motion for CM/ECF Access (ECF No. 55).

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for CM/ECF Access (ECF No. 55) is GRANTED with the following provisions:

1. On or before June 15, 2018, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

After he has complied with the above, Plaintiff can contact the CM/ECF Help Desk at (702) 464-5555 to set up his CM/ECF account.

DATED this 30th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE