UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL FOLEY, | Case No. 2:17-CV-1024 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SYLVIA TEUTON, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Foley v. Teuton et al.*, case number 2:17-cv-01024-JCM-VCF.

On February 7, 2018, this court dismissed plaintiff Michael Foley's claims against all defendants except defendants Patricia Foley and the Clark County Detention Center. (ECF No. 59). This court denied plaintiff's motion for reconsideration. (ECF No. 67). Plaintiff Michael Foley timely appealed. (ECF No. 69). The Ninth Circuit affirmed this court's dismissal. (ECF No. 71).

The remaining parties, Michael Foley and the Clark County Detention Center,[1] are ordered to file a status report—jointly or separately—with suggestions as to how this case is expected to proceed, or in the alternative, relevant dismissal papers, within 10 days of this order. Failure to do so may lead to sanctions.

. . .

. . .

. . .

---

[1] Patricia Foley was voluntarily dismissed from this matter without prejudice. (ECF No. 69).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the remaining parties shall file, within 10 days of this order, a status report or relevant motion in accordance with the foregoing.

DATED August 12, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**